F. L. MATTESON *vs.* MAGDALENA ROBINSON.

January 18, 1890.

Evidence *held* sufficient to sustain the verdict.

Appeal by defendant from an order of the district court for Crow Wing county, *Holland*, J., presiding, refusing a new trial after verdict of $317.93 for plaintiff in an action for goods sold and delivered.

*True & Wetherby*, for appellant.

*W. S. McClenahan*, for respondent.

GILFILLAN, C. J. Although the evidence was not very clear and satisfactory as to the facts alleged in the complaint, yet it was enough to make a question for the jury, and their finding cannot be disturbed.

Order affirmed.